1  Matthew I. Knepper, Esq.
   Nevada Bar No. 12796
2  Miles N. Clark, Esq.
   Nevada Bar No. 13848
3  KNEPPER & CLARK LLC
   10040 W. Cheyenne Ave., Suite 170-109
4  Las Vegas, NV 89129
   Phone: (702) 825-6060
5  FAX: (702) 447-8048
6  Email: matthew.knepper@knepperclark.com
   Email: miles.clark@knepperclark.com
7
   David H. Krieger, Esq.
8  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
9  8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
10 Phone: (702) 880-5554
   FAX: (702) 385-5518
11 Email: dkrieger@hainesandkrieger.com

12 Sean N. Payne
   Nevada Bar No. 13216
13 PAYNE LAW FIRM LLC
14 9550 S. Eastern Ave. Suite 253-A213
   Las Vegas, NV 89123
15 702-952-2733
   Fax: 702-462-7227
16 Email: seanpayne@spaynelaw.com

17 *Attorneys for Plaintiff*

18                **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
19

20 JOHN E. ASHCRAFT,                    :
                                        : Case No. 2:16-cv-2978-JAD-NJK
21          Plaintiff,                  :
                                        :
22     v.                               : **STIPULATION TO STAY RULING ON**
                                        : **MOTION FOR LEAVE TO AMEND AND**
23 WELK RESORT GROUP, CORP. and         : **OTHER MATTERS**
   EXPERIAN INFORMATION SOLUTIONS,      :
24 INC.,                                : **[FIRST REQUEST]**
                                        :
25          Defendants.                 :   ECF Nos. 24, 28

26

27          COMES NOW Plaintiff John Ashcraft ("Plaintiff") and Defendant Experian Information

28 Solutions, Inc. ("Experian"), by and through their undersigned counsel of record, hereby

stipulate and agree as follows:

1.     On May 3, 2017, Plaintiff took the 30(b)(6) deposition of Experian.

2.     On May 9, 2017, and based in large part on Experian's 30(b)(6) testimony, Plaintiff moved for leave to amend his Complaint to add class allegations against Experian under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, and NRS 598C. **ECF Dkt. 24**.

3.     On May 23, 2017, Experian filed its response to the motion. **ECF Dkt. 25**.

4.     On May 30, 2017, Plaintiff filed his reply in support of the motion. **ECF Dkt. 26**.

5.     On June 14, 2017, Experian submitted a list of proposed changes to the deposition testimony, as well as a list of confidential designations to the transcript itself. *See* **Exhibit 1**. In that letter, Experian stated that because the revisions to the 30(b)(6) testimony obviated a fact relied on in support of Plaintiff's motion, Experian invited Plaintiff to withdraw the pending motion to dismiss and offered Experian's witness for re-deposition, as well as to extend all relevant case deadlines.[1]

6.     On June 17, 2017, Plaintiff submitted a letter to Experian's counsel, outlining concerns with the revisions to Experian's 30(b)(6) testimony, the confidential designations made to the transcript, and other discovery-related matters. **Exhibit 2**. Therein, among other things, Plaintiff's counsel indicated that he might be moving to strike many of the revisions to the deposition testimony. *Id.*

7.     The parties have agreed to meet and confer on several of the issues outlined in his June 17, 2017 letter on Monday, June 26, 2017.

8.     In the interim, the parties agree that until they are able to meet and confer on matters related to Experian's June 14, 2017 discovery letter and either agree to resolve them among themselves or or seek judicial guidance on the same, they do

---

[1] Plaintiff believes that the revisions implicate his proposed class claim under the FCRA, but not his proposed class claim under NRS 598C.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

1  not wish to burden the Court's resources with adjudication of the motion for leave

2  to amend.

3  9.  Therefore, the parties request that a ruling on the motion, as well as all relevant

4  case deadlines, be stayed until such time as the instant dispute regarding the

5  revised deposition testimony is reached.

6  10.  If the parties are able to reach a resolution regarding these matters without Court

7  involvement, the parties will submit a stipulation informing the Court to that

8  effect and proposing a timetable for remaining case deadlines.

9  11.  Good cause exists to grant the stay, because judicial economy is served by staying

10  the motion and conserving judicial resources while the parties attempt to resolve

11  this issue among themselves prior to asking the Court to adjudicate the motion.

12  Dated:  June 22, 2017

13  NAYLOR & BRASTER                    KNEPPER & CLARK LLC

15  By: /s/ Andrew J. Sharples          By: /s/ Miles N. Clark
        Jennifer L. Braster                   Matthew I. Knepper (NBN 12796)
16      Nevada Bar No. 9982                   Miles N. Clark (NBN 13848)
        Andrew J. Sharples                    10040 W. Cheyenne Ave., Suite 170-109
17      Nevada Bar No. 12866                  Las Vegas, NV 89129
        1050 Indigo Drive, Suite 200
18      Las Vegas, NV  89145                  David H. Krieger (NBN 9086)
                                              HAINES & KRIEGER, LLC
19  *Attorneys for Defendant Experian*        8985 S. Eastern Avenue, Suite 350
    *Information Solutions, Inc.*             Henderson, NV  89123

20                                            Sean N. Payne (NBN 13216)
                                              PAYNE LAW FIRM LLC
21                                            9550 S. Eastern Ave., Suite 253-A213
                                              Las Vegas, NV 89123

23                                            *Attorneys for Plaintiff*

24                          **ORDER**

25      Based on the parties' stipulation [ECF No. 28], this court's powers under FRCP 1,

26  and good cause appearing, IT IS HEREBY ORDERED that the stipulation **[ECF No. 28] is
    GRANTED in part**; **ALL DEADLINES ARE STAYED until July 14, 2017**, to permit

27  the parties to work out their deposition issues identified in the stipulation; Plaintiff's
    Motion for Leave to File First Amended Complaint **[ECF No. 24] is DENIED** without

28  prejudice to its refiling by July 14, 2017.

                                              _____
                                              U.S. District Judge Jennifer Dorsey
                                              6-22-17