Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT<br><br>Plaintiff,<br><br>v.<br><br>WELK RESORT GROUP, CORP;<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:16-cv-02978-JAD-NJK<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO EXTEND TIME TO RESPOND TO MOTION TO REDACT PLAINTIFF'S EXHIBIT B TO MOTION TO STRIKE IN PART DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ERRATA SHEET TO ITS 30(B)(6) DEPOSITION (ECF NO. 33)**<br><br>**(First Request)**<br><br>Complaint filed:  December 22, 2016 |

Defendant Experian Information Solutions, Inc. ("Experian") respectfully requests a four (4) day extension of time to file its response to Plaintiff John E. Ashcraft's Motion to Redact Plaintiff's Exhibit B to Motion to Strike in Part Defendant Experian Information Solutions, Inc.'s Errata Sheet to its 30(b)(6) Deposition filed on July 10, 2017 (the "Motion to Redact").  The response to the Motion to Redact is due today, July 24, 2017.  Experian requests an extension until Friday, July 28, 2017, to respond.  Upon filing its briefs in opposition to Plaintiff's Motion to Strike in Part Defendant Experian Information Solutions, Inc.'s Errata Sheet to its 30(b)(6) Deposition (ECF No. 31) and Plaintiff's Re-Urged Motion for Leave to File First Amended

1  Complaint (ECF No. 30), Experian's counsel realized that she inadvertently miscalendared the
2  response to Plaintiff's Motion to Redact. Experian supports Plaintiff's Motion to Redact and
3  intends on filing a response brief substantiating the need for redaction of confidential information.
4  With that response brief, Experian intends on submitting a declaration explaining why such
5  information is confidential.

6  **MEMORANDUM OF POINTS AND AUTHORITIES**

7  Pursuant to LR IA 6-1, a party may move for additional time to perform an act, and the
8  court may for good cause extend the time to perform an act when the request is made before the
9  original time has expired. Fed. R. Civ. P. 6(b)(1)(A).

10  Good cause exists to grant Experian's motion. Plaintiff filed his Motion to Redact on July
11  10, 2017. Experian's response was due on or before July 24, 2017. When filing Experian's briefs
12  in opposition to Plaintiff's Motion to Strike in Part Defendant Experian Information Solutions,
13  Inc.'s Errata Sheet to its 30(b)(6) Deposition (ECF No. 31) and Plaintiff's Re-Urged Motion for
14  Leave to File First Amended Complaint (ECF No. 30), Experian's counsel realized that she
15  inadvertently miscalendared the response to Plaintiff's Motion to Redact. Experian intends on
16  filing a response to the Motion to Redact demonstrating why such confidential information should
17  remain redacted.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 4

Plaintiff will not be prejudiced as Plaintiff will still have seven (7) days to file a reply in support of his Motion to Redact. Further, Experian only requests a four-day extension to respond. Lastly, Experian has acted in good faith, immediately filing this motion upon realizing the error. Experian respectfully requests the Court grant Experian's motion and provide an extension until Friday, July 28, 2017.

DATED this 24th day of July 2017.

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED.
Dated: July 26, 2017

_____
United States Magistrate Judge

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

3 of 4