1
2
3
4
5
6
7
8                        **UNITED STATES DISTRICT COURT**
9                              **DISTRICT OF NEVADA**
10
JOHN E. ASHCRAFT,                              )
11                                             )        Case No. 2:16-cv-02978-JAD-NJK
                              Plaintiff(s),    )
12                                             )        **ORDER**
      v.                                       )
13                                             )        (Docket No. 48)
      WELK RESORT GROUP, CORP, et al.,         )
14                                             )
                              Defendant(s).    )
15 _____)

16        Pending before the Court is Defendant Experian's motion to supplement its response to the motion

17  to strike.  Docket No. 48.  Although he disputes the import of the supplemental materials, Plaintiff does

18  not object to the Court's consideration of those materials.  Docket No. 50.  Accordingly, the motion to

19  supplement is **GRANTED**, and the Court will consider the supplemental materials when it resolves the

20  underlying motion to strike.

21        IT IS SO ORDERED.

22        Dated: August 31, 2017

23                                             _____
                                               NANCY J. KOPPE
24                                             UNITED STATES MAGISTRATE JUDGE

25
26
27
28