# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT, | Case No. 2:16-cv-02978-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 31) |
| WELK RESORT GROUP, CORP, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to strike. Docket No. 31. The Court hereby **SETS** a hearing on that motion for 2:00 p.m. on September 25, 2017, in Courtroom 3D.

IT IS SO ORDERED.

Dated: August 31, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE