# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT, | Case No. 2:16-cv-02978-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| WELK RESORT GROUP, CORP, et al., | (Docket No. 33) |
| Defendant(s). | |

Pending before the Court is a sealing motion related to briefing on the motion to strike Experian's errata to its Rule 30(b)(6) deposition testimony. Docket No. 33; *see also* Docket No. 31 (motion to strike). A hearing is set on that motion for 2:00 p.m. on September 25, 2017, in Courtroom 3D. Counsel shall be prepared, *inter alia*, to address each proposed redaction separately and discuss whether each proposed redaction meets the appropriate standard. Counsel shall also be prepared to argue which standard should apply to a motion to seal regarding a discovery dispute, when that discovery dispute is filed in conjunction with a motion for leave to amend the complaint.

IT IS SO ORDERED.

Dated: September 12, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE