# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>WELK RESORT GROUP, CORP, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-02978-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 30) |

Concurrently herewith, the Court is issuing an order resolving Plaintiff's motion to strike Defendant Experian's Rule 30(e) errata. Plaintiff and Experian have both indicated that resolution of the motion to strike bears on the outcome of the pending motion to amend. *See* Docket No. 31 at 4; Docket No. 35 at 15. As such, the motion to amend (Docket No. 30) is hereby **DENIED** without prejudice. Any stipulation to amend or renewed motion to amend shall be filed within 14 days of the issuance of this order.

IT IS SO ORDERED.

Dated: November 8, 2017

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE