Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Sean N. Payne
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave. Suite 253-A213
Las Vegas, NV 89123
702-952-2733
Fax: 702-462-7227
Email: seanpayne@spaynelaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN E. ASHCRAFT, | Case No. 2:16-cv-2978-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO EXPERIAN'S OBJECTIONS TO ECF DKT. 68** |
| WELK RESORT GROUP, CORP. and EXPERIAN INFORMATION SOLUTIONS, INC., | **[FIRST REQUEST]** |
| Defendants. | |

COMES NOW the parties, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On November 8, 2017, the Court entered an order granting Plaintiff's Motion to Strike certain corrections to Experian's errata sheet. ECF Dkt. 64.

2. On November 22, 2017, Experian filed objections to the Court's Order. ECF Dkt. 68.

3. Responses to Experian's objections are presently due December 6, 2017.

4. On November 30, 2017, the attorney principally responsible drafting a response to these objections was notified of a family tragedy which occurred in another state, which prompted him to leave the state immediately to set his family affairs in order. It is presently unknown how long of an absence will be required to complete this process.

5. In order to accommodate the necessity for this attorney to put his family's affairs in order, Plaintiffs request an additional week, or until December 13, 2017, to provide any response to Experian's objections.

6. There is good cause for the extension, which is being sought as soon as practicable after notification of this unexpected and unfortunate event. No prior extension has been sought, nor was one anticipated.

//
//
//
//
//
//
//
//
//
//
//
//

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

7. For the foregoing reasons, the parties request that this stipulation be granted.

Dated: December 2, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Miles N. Clark* | */s/ Jennifer L. Braster* |
| David Krieger | Jennifer L. Braster |
| HAINES & KRIEGER, LLC | NAYLOR & BRASTER |
| 8985 S. Eastern Ave., Suite 350 | 1050 Indigo Dr., Suite 200 |
| Henderson, NV 89123 | Las Vegas, NV 89145 |
| | |
| Sean N. Payne | Andrew M. Cummings |
| PAYNE LAW FIRM LLC | JONES DAY |
| 9550 S. Eastern Ave. Suite 253-A213 | 3161 Michelson Drive, Suite 800 |
| Las Vegas, NV 89123 | Irvine, CA 92612-4408 |
| | |
| Matthew I. Knepper, Esq. | *Attorneys for Defendant Experian* |
| Miles N. Clark, Esq. | *Information Solutions, Inc.* |
| KNEPPER & CLARK LLC | |
| 10040 W. Cheyenne Ave., Suite 170-109 | |
| Las Vegas, NV 89129 | |

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated: December 4, 2017.

_____
UNITED STATES DISTRICT JUDGE

MAUPIN • NAYLOR • BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000