Andrew M. Cummings
Nevada Bar No. 14505
Jeremy S. Close
CA State Bar No. 260226
*Admitted Pro Hac Vice*
acummings@jonesday.com
jsclose@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:     (949) 851-3939
Facsimile:      (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:     (702) 420-7000
Facsimile:      (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT,<br><br>        Plaintiff,<br><br>   v.<br><br>WELK RESORT GROUP, CORP; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No. 2:16-cv-02978-JAD-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

///

///

///

///

///

///

///

PLEASE TAKE NOTICE that as of March 12, 2018, Andrew M. Cummings, will no longer be associated with JONES DAY and is no longer representing Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned action. Therefore, it is no longer necessary that Andrew M. Cummings receive CM/ECF notice after March 12, 2018. Jeremy S. Close and Jennifer L. Braster will remain counsel of record and should continue to receive notices relating to this case.

DATED this 8th day of March, 2018.

JONES DAY

By: */s/ Andrew M. Cummings*
Andrew M. Cummings
Nevada Bar No. 14505
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS SO ORDERED

Dated: March __9__, 2018

_____
United States Magistrate Judge