# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN E. ASHCRAFT,

    Plaintiff(s),

v.

WELK RESORT GROUP, CORP., et al.,

    Defendant(s).

Case No.: 2:16-cv-02978-JAD-NJK

**Order**

[Docket Nos. 92, 96]

Pending before the Court is Plaintiffs' motion to compel discovery (Docket No. 92) and a stipulation to extend the briefing schedule for that motion (Docket No. 96). In the most recent filing, the parties represent that they are continuing the meet-and-confer process with respect to the issues raised in the motion to compel. *See* Docket No. 96 at 2. Given those circumstances, the motion to compel is **DENIED** without prejudice as premature and the stipulation for extension of time is **DENIED** as moot.

IT IS SO ORDERED.

Dated: September 24, 2018

                                          Nancy J. Koppe
                                          United States Magistrate Judge