# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHN E. ASHCRAFT,

      Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendant(s).

Case No.: 2:16-cv-02978-JAD-NJK

**Order**

[Docket No. 110]

Pending before the Court is a motion to shorten time in relation to Plaintiff's most-recently filed motion to compel. Docket No. 110. The motion is hereby **GRANTED** as follows. Any response to the motion shall be filed by November 5, 2018, and any reply shall be filed by November 7, 2018. The Court will defer ruling on the previously-filed motion to compel for the time-being. The dispositive motion deadline is hereby **EXTENDED** to December 14, 2018, and the joint proposed pretrial order deadline is **EXTENDED** to January 14, 2019.

IT IS SO ORDERED.

Dated: October 29, 2018

_____
Nancy J. Koppe
United States Magistrate Judge