Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
Ryan D. Ball
*Admitted Pro Hac Vice*
rball@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN E. ASHCRAFT,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:16-cv-02978-JAD-NJK<br><br>**Order Granting Experian's Unopposed Motion to Extend Class-certification and Summary-judgment Briefing Deadlines**<br><br>ECF No. 136 |

Under Local Rule IA 6-1 and Local Rule 7-2(b), Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, hereby requests that this Court modify the briefing schedules for Plaintiff's Motion for Class Certification and the parties' Motions for Summary Judgment, extending the relevant response and reply deadlines by two weeks. Experian's counsel has met and conferred about this request with Plaintiff John E. Ashcraft's counsel, who states that he does not oppose the requested extensions. The current deadlines are as follow:

- Response to Motion for Class Certification: January 11, 2018
- Responses to Motions for Summary Judgment: January 18, 2018
- Reply in support of Motion for Class Certification: January 18, 2018
- Replies in support of Motions for Summary Judgment: February 1, 2018

(ECF No. 124.) This is the second requested extension of these deadlines.

1. On November 20, 2018, Plaintiff and Experian stipulated to extend the dispositive motion and class certification deadlines, as well as the relevant response and reply deadlines. (ECF No. 121.)

2. On November 27, 2018, the Court granted the parties' stipulation. (ECF No. 124.)

3. On December 14, 2018, Plaintiff filed his Motion for Class Certification (ECF No. 126) and Motion for Summary Judgment (ECF No. 130).

4. Also on December 14, 2018, Experian filed its Motion for Summary Judgment. (ECF No. 134.)

5. Experian's response to Plaintiff's Motion for Class Certification is currently due on January 11, 2018. (ECF No. 124.)

6. The parties' summary judgment responses are currently due on January 18, 2018. (ECF No. 124.)

7. The parties' summary judgment replies are currently due on February 1, 2018. (ECF No. 124.)

8. Experian needs additional time to review and analyze the relevant motions and prepare its responses and replies. Accordingly, Experian (without objection from Plaintiff) requests that the briefing deadlines be reset as follows:

- Response to Motion for Class Certification: **January 25, 2019**.
- Responses to Motions for Summary Judgment: **February 1, 2019**.
- Reply in support of Motion for Class Certification: **February 1, 2019.**
- Replies in support of Dispositive Motions: **February 15, 2019.**

This is the second request to extend these briefing deadlines.  The extension is being requested in good faith and not for the purposes of delay.

DATED this 27th day of December, 2018.

                 NAYLOR & BRASTER

         By: /s/ *Jennifer L. Braster*
            Jennifer L. Braster
            Nevada Bar No. 9982
            jbraster@naylorandbrasterlaw.com
            NAYLOR & BRASTER
            1050 Indigo Drive, Suite 200
            Las Vegas, NV 89145

            Cheryl L. O'Connor
            Nevada Bar No. 14745
            coconnor@jonesday.com
            Ryan D. Ball
            *Admitted Pro Hac Vice*
            rball@jonesday.com
            JONES DAY
            3161 Michelson Drive, Suite 800
            Irvine, CA  92612.4408

            *Attorneys for Defendant Experian*
            *Information Solutions, Inc.*

## **ORDER**

The Court GRANTS Experian's Unopposed Motion to Extend Briefing Deadlines and ORDERS that the briefing deadlines be reset as described in the Motion.

**IT IS SO ORDERED.**

Dated:  12/27/18               _____
                        UNITED STATES DISTRICT JUDGE