# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| John E. Ashcraft,<br><br>    Plaintiff<br><br>v.<br><br>Welk Resort Group, Corp. et al.,<br><br>    Defendants | Case No.: 2:16-cv-02978-JAD-NJK<br><br>**Order Granting Motions for Leave to File Supplemental Authorities**<br><br>[ECF Nos. 149, 151] |

    Plaintiff John E. Ashcraft twice moves for leave to file supplemental authorities supporting his summary-judgment positions.[1]  Defendant Experian Information Solutions, Inc. opposes both requests and provides brief statements why it disagrees with Ashcraft's analyses.[2] The court finds the new authorities and the parties' brief points about them to be helpful and it will consider them when it resolves the parties' summary-judgment motions.

    Good cause appearing, IT IS THEREFORE ORDERED that Ashcraft's motions for leave to file supplemental authorities **[ECF Nos. 149, 151] are GRANTED**.

                                                                _____
                                                           U.S. District Judge Jennifer A. Dorsey
                                                                                   February 1, 2021

---

[1] ECF Nos. 149, 151.

[2] ECF Nos. 150, 152.