Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | Case No. 2:16-cv-02978-JAD-NJK<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed:  December 22, 2016<br><br>[ECF No. 160] |

Plaintiff John E. Ashcraft ("Plaintiff"), by and through his counsel of record, and Defendant Experian Information Solutions, Inc. ("Experian") have agreed and stipulated to the following:

1.  On March 12, 2021, the Court ordered the parties to a mandatory settlement conference. The Court further ordered that the parties' obligation to file their joint pretrial order is stayed until 10 days after that settlement conference. (ECF No. 154).

2. On June 10, 2021, the parties conducted a settlement conference before Magistrate Judge Nancy J. Koppe.

3. The matter did not settle, making the parties' joint pretrial order due by June 21, 2021. (ECF No. 159).

4. Counsel of record have agreed to extend the parties' time to file a joint pretrial order for eleven days due to Plaintiff's counsel Miles N. Clark being out of town for a pre-planned vacation. As a result, both Plaintiff and Experian hereby request this Court to further extend the date for the parties to file their joint pretrial order until **July 2, 2021**.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose

**IT IS SO STIPULATED.**
Dated June 15, 2021

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer L. Braster, Esq., SBN 9982 |
| Miles N. Clark, Esq., SBN 13848 | 1050 Indigo Drive, Suite 200 |
| 5510 So. Fort Apache Rd, Suite 30 | Las Vegas, NV 89145 |
| Las Vegas, NV 89148 | Email: jbraster@nblawnv.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **JONES DAY** |
| | Cheryl L. O'Connor, Esq., SBN 14745 |
| **KRIEGER LAW GROUP, LLC** | 3161 Michelson Drive |
| David H. Krieger, Esq., SBN 9086 | Irvine, CA 92612 |
| 2850 W. Horizon Ridge Parkway, Suite 200 | Email: coconnor@jonesday.com |
| Henderson, NV 89052 | |
| Email: dkrieger@kriegerlawgroup.com | *Counsel for Defendant* |
| | *Experian Information Solutions, Inc.* |
| *Counsel for Plaintiff* | |

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PARTIES TO FILE JOINT PRETRIAL ORDER

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 16th day of June 2021.

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system.