Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
Ryan D. Ball
*Admitted Pro Hac Vice*
rball@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:16-cv-02978-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRETRIAL ORDER**<br><br>**[Second Request]**<br><br>ECF No. 162 |

Pursuant to LR IA 6-1, Plaintiff John Ashcraft ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the joint pretrial order, currently set for July 2, 2021 (ECF No. 161) and set the following deadlines:

1. Plaintiff shall provide a draft of the joint pretrial order to Experian by July 9, 2021.

2. Experian shall provide its revisions to Plaintiff by July 23, 2021.

S

3.    Plaintiff shall provide any further revisions to Experian by July 28, 2021.

4.    The parties shall file the joint pretrial order by July 30, 2021.

This stipulation is made in good faith and not for purposes of delay. The stipulation is made to provide Plaintiff sufficient time to provide a draft of the joint pretrial order and Experian sufficient time to provide its insertions and revisions to that draft of the joint pretrial order in light of other professional and personal obligations of counsel for both parties.

IT IS SO STIPULATED.

Dated: June 30, 2021.

| */s/ Jennifer L. Braster*<br>Jennifer L. Braster, Esq. (NBN 9982)<br>Andrew J. Sharples, Esq (NBN 12866)<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Cheryl L. O'Connor, Esq. (NBN 14645)<br>Ryan D. Ball, Esq. (Pro Hac Vice)<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612.4408<br><br>*Attorneys for Experian Information Solutions, Inc.* | */s/ Miles N. Clark*<br>Matthew I. Knepper, Esq. (NBN 12796)<br>Miles N. Clark, Esq. (NBN 13848)<br>KNEPPER & CLARK LLC<br>5510 So. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148<br><br>David H. Krieger, Esq. (NBN 9086)<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br><br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

Dated:  July 12, 2021                                              _____
                                                                                            UNITED STATES DISTRICT JUDGE