Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
Ryan D. Ball
*Admitted Pro Hac Vice*
rball@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:     (949) 851-3939
Facsimile:     (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:     (702) 420-7000
Facsimile:     (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant
Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT,<br><br>                Plaintiff,<br><br>        v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                Defendant. | Case No. 2:16-cv-02978-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRETRIAL ORDER**<br><br>**[Third Request]**<br><br>ECF No. 164 |

Pursuant to LR IA 6-1, Plaintiff John Ashcraft ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the joint pretrial orders and related deadlines by 30-days to allow the parties to resolve recently-renewed settlement discussions.  The current deadlines are as follows pursuant to the Court's July 12, 2021 Order (ECF No. 162):

S

1. Plaintiff provided a draft of the joint pretrial order to Experian on July 9, 2021, and revised that draft on July 13, 2021.

2. Experian's revisions are due to Plaintiff by July 23, 2021.

3. Plaintiff's further revisions are due to Experian by July 28, 2021.

4. The parties shall file the joint pretrial order by July 30, 2021.

If granted, the extension would modify the dates as follows:

1. Experian shall provide its revisions to Plaintiff by August 23, 2021.

2. Plaintiff shall provide any further revisions to Experian by August 26, 2021.

3. The parties shall file the joint pretrial order by August 30, 2021.

This stipulation is made in good faith and not for purposes of delay.  The stipulation is made to provide the parties sufficient time to resolve recently-renewed settlement discussions prior to expending further resources preparing for trial.

IT IS SO STIPULATED.

Dated: July 21, 2021.

| */s/ Jennifer L. Braster*<br>Jennifer L. Braster, Esq. (NBN 9982)<br>Andrew J. Sharples, Esq (NBN 12866)<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Cheryl L. O'Connor, Esq. (NBN 14645)<br>Ryan D. Ball, Esq. (Pro Hac Vice)<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612.4408<br><br>*Attorneys for Experian Information Solutions, Inc.* | */s/ Miles N. Clark*<br>Matthew I. Knepper, Esq. (NBN 12796)<br>Miles N. Clark, Esq. (NBN 13848)<br>KNEPPER & CLARK LLC<br>5510 So. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148<br><br>David H. Krieger, Esq. (NBN 9086)<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br><br>*Attorneys for Plaintiff* |

## **ORDER**

**IT IS SO ORDERED.**

Dated: 7-22-21

_____
UNITED STATES DISTRICT JUDGE

- 2 -