1   Cheryl L. O'Connor
    Nevada Bar No. 14745
2   coconnor@jonesday.com
    Ryan D. Ball
3   *Admitted Pro Hac Vice*
    rball@jonesday.com
4   JONES DAY
    3161 Michelson Drive, Suite 800
5   Irvine, CA  92612.4408
    Telephone:     (949) 851-3939
6   Facsimile:     (949) 553-7539

7   Jennifer L. Braster
    Nevada Bar No. 9982
8   NAYLOR & BRASTER
    1050 Indigo Drive, Suite 200
9   Las Vegas, NV  89145
    Telephone:     (702) 420-7000
10  Facsimile:     (702) 420-7001
    jbraster@naylorandbrasterlaw.com
11
    *Attorneys for Defendant*
12  *Experian Information Solutions, Inc.*

13              **UNITED STATES DISTRICT COURT**

14                 **DISTRICT OF NEVADA**

15

16  JOHN E. ASHCRAFT,                      Case No. 2:16-cv-02978-JAD-NJK

                    Plaintiff,
17
        v.
18                                          **ORDER GRANTING JOINT
    EXPERIAN INFORMATION SOLUTIONS,         REQUEST FOR ADDITIONAL TIME
19  INC.,                                   TO COMPLETE SETTLEMENT
                                            PAPERWORK**
                    Defendant.
20

21

22

23          On August 26, 2021, Plaintiff and Experian Information Solutions, Inc. ("Experian") filed

24  a notice of settlement with the Court, stating that the parties anticipated completing settlement

25  documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

26  (ECF No. 168). The parties have finalized the settlement documents and are now obtaining all

27  necessary signatures, which has been somewhat delayed due to COVID, and respectfully request

28

                                                                                                     s

an additional sixty (60) days to complete the settlement paperwork and submit a Stipulation for Dismissal.

DATED this 25th day of October 2021.

| | |
|---|---|
| */s/ Jennifer L. Braster*<br>Jennifer L. Braster, Esq. (NBN 9982)<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Cheryl L. O'Connor, Esq. (NBN 14645)<br>Ryan D. Ball, Esq. (Pro Hac Vice)<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612.4408<br><br>*Attorneys for Experian Information Solutions, Inc.* | */s/ Matthew I. Knepper*<br>Matthew I. Knepper, Esq. (NBN 12796)<br>Miles N. Clark, Esq. (NBN 13848)<br>KNEPPER & CLARK LLC<br>5510 So. Fort Apache Rd., Suite 30<br>Las Vegas, NV 89148<br><br>David H. Krieger, Esq. (NBN 9086)<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br><br>*Attorneys for Plaintiff* |

## ORDER

**Good cause appearing, IT IS HEREBY ORDERED that the Joint Motion [ECF No. 170] is GRANTED.  The Stipulated Dismissal is due by 12/25/2021.**

_____
UNITED STATES DISTRICT JUDGE
November 5, 2021