Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.,
Nevada Bar No. 9086
KRIEGER LAW GROUP LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff John E. Ashcraft*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendant. | Case No. 2:16-cv-02978-JAD-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION**<br><br>ECF No. 172 |

PLEASE TAKE NOTICE that Plaintiff John E. Ashcraft ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Experian") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff hereby stipulates that all of his claims and causes of action against Experian, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party. There are no longer any issues in this matter between Plaintiff and

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

Experian to be determined by the Court, and Experian is the only remaining defendant.

**IT IS SO STIPULATED.**
DATED: November 10, 2021.

**KNEPPER & CLARK LLC**

/s/ *Miles N. Clark*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

**KRIEGER LAW GROUP, LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Email: DKrieger@kriegerlawgroup.com

*Counsel for Plaintiff John E. Ashcraft*

**NAYLOR & BRASTER**

/s/ *Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Email: jbraster@nblawnv.com

**JONES DAY**
Cheryl L. O'Connor, Esq.
Nevada Bar No. 14745
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Email: Coconnor@jonesday.com

*Counsel for Defendant
Experian Information Solutions, Inc.*

## ORDER

Based on the parties' stipulation **[ECF No. 172]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 15, 2021

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430